IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE NORTHERN TRUST COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LG ADDISON LLC, FERNANDO R. DE LEON, and LEON CAPITAL PARTNERS LLC, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-2774-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SIGNED this 28th day of September, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE